UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Cr. No. 06-191-01-JD |
| ) | |
| William Green ) | |

**FINAL ORDER OF FORFEITURE**

This Court entered an Amended Preliminary Order of Forfeiture on January 10, 2007, ordering defendant William Green to forfeit his interest in the following property:

(a)  $2,500 in United States Currency seized from the defendant on or about April 26, 2006;

(b) a New England Firearms Pardner Model .20 gauge shotgun, serial number NS334824;

(c) a Mossberg 500 Model .12 gauge shotgun, serial number K839843;

Notice of the Amended Preliminary Order of Forfeiture, as well as the intent of the United States to dispose of the property in accordance with the law and notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, was given by publication on March 30, 2007, in the Manchester Union Leader, a daily newspaper of general circulation published throughout the State of New Hampshire.

No timely claim or petition has been filed.

The Court finds that the defendant, William Green, had interest in the property which is subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), specifically:

(a) $2,500 in United States Currency seized from the defendant on or about April 26, 2006;

(b) a New England Firearms Pardner Model .20 gauge shotgun, serial number NS334824;

(c) a Mossberg 500 Model .12 gauge shotgun, serial number K839843;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to:

(a) $2,500 in United States Currency seized from the defendant on or about April 26, 2006;

(b) a New England Firearms Pardner Model .20 gauge shotgun, serial number NS334824;

(c) a Mossberg 500 Model .12 gauge shotgun, serial number K839843;

are hereby condemned, forfeited and vested to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2), free of the claims and interests of any other person or entity and from which amounts the Bureau of Alcohol, Tobacco, Firearms and Explosives shall deduct its costs related to this proceeding.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the property described above shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives in accordance with the applicable law and regulations. The funds shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck and a copy to all counsel of record.

Dated: May 24, 2007                     /s/ Joseph A. DiClerico, Jr.

                                        United States District Judge